# Court of Appeals
# of the State of Georgia

ATLANTA,   June 27, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1047.  D'AGNESE v. CORNERSTONE BANK.**

Upon consideration of Appellant's "DISMISSAL OF APPEAL" as a MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/27/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*